UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL BURNHART, AKA (KELLY),

    Plaintiff,

v.

HAROLD W. CLARK, *et al*,

    Defendants.

Case No. C06-5326RJB-KLS

ORDER RE-NOTING MOTION TO CONSOLIDATE

    This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrates' Rules (MJR) 1, 3 and 4. This matter is on hold while plaintiff cures certain defects in his application to proceed *in forma pauperis*.

    On June 21, 2006, plaintiff submitted a letter directed to the Clerk, in which he requested "all 1983 issues into one case." (Dkt. #3). The Court shall treat that request as a motion to consolidate. While that motion normally would be ripe for review at this time, the Court does not intend to allow this case to go forward until the *in forma pauperis* issues noted in the order to show cause issued the same date herewith have been resolved. Accordingly, plaintiff's motions to consolidate (Dkt. #3) hereby is re-noted for

ORDER
Page - 1

1 | **September 14, 2006**.

2 |     DATED this 1st day of August, 2006.

                                 Karen L. Strombom
                                 United States Magistrate Judge