UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL BURNHART, AKA (KELLY),

Plaintiff,

v.

HAROLD W. CLARK, *et al*,

Defendants.

Case No. C06-5326RJB-KLS

ORDER

    This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's request to consolidate all of his section 1983 issues into one case. (Dkt. #3). After reviewing plaintiff's request and the balance of the record, the Court finds and orders as follows:

    On June 21, 2006, the Clerk received a letter from plaintiff in which he requested that all of his "1983 issues" be consolidated into one case. (Dkt. #3). The Court will treat that request as a motion to consolidate. Plaintiff, however, has not provided any reason why this case should be consolidated with any other, nor has he indicated exactly which cases he wishes to consolidate with this one. Indeed, as discussed in the order to show cause regarding the complaint in this case, dated the same date herewith, there are significant questions as to the merits of plaintiff's claims here. Accordingly, plaintiff's request to

1  consolidate all of his 1983 issues into one case (Dkt. #3) hereby is DENIED.

2      The Clerk is directed to send a copy of this Order to plaintiff.

3      DATED this 10th day of August, 2006.

 

                                                       Karen L. Strombom
                                                       United States Magistrate Judge